# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | )|
|---|---|
| IN THE MATTER OF THE SEARCH OF TEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.   26-113 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Puerto Rico__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Enclosed as Referencce

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. Enclosed as Reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   __February 27, 2026__
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __on duty__ .
                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  __February 13, 2026 at 3:13 p.m.__    _____
                                                                Digitally signed by Hon. Giselle López-Soler
                                                                *Judge's signature*

City and state:   __San Juan, PR__    __Hon. Giselle López Soler, U.S. Magistrate Judge__
                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 26-113 (M) | Date and time warrant executed: 02/19/2026 9:05 am | Copy of warrant and inventory left with: USPIS San Juan Field Office |
| Inventory made in the presence of : F. Arce-Morales/ M. Santiago/ E. Leon/ D. Nieves/ J. Cuesta | | |
| Inventory of the property taken and name of any person(s) seized: USPS parcels and the following contents:  1) 9505 5104 1578 6041 7336 13- approximately 1,165 grams of field tested cocaine  2) 9505 5114 5152 6041 8159 83- approximately 1,175 grams of field tested cocaine and GPS device  3) 9505 5114 1764 6041 9965 15- negative for narcotics/returned to mail stream  4) 9505 5128 7253 6041 0935 91- approximately 4,115 grams of field tested cocaine and GPS device  5) 9588 8710 9530 0111 1646 16- approximately 1,050 grams of field tested cocaine and GPS device  6) 9588 8710 9530 0111 1646 30- approximately 285 grams of field tested cocaine and GPS device  7) 9570 1104 1491 6042 2547 02- approximately 1,025 grams of field tested cocaine  8) 9505 5111 1472 6038 1658 37- approximately 1,040 grams of field tested cocaine  9) 9505 5105 5548 6042 6951 68- approximately 2,120 grams of field tested cocaine  10) 9505 5162 0943 6041 5182 86- approximately 1,025 grams of field tested cocaine | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  Date:    02/19/2026                                                                                          *Executing officer's signature*  Fabian Arce-Morales U.S. Postal Inspector   *Printed name and title* |

## ATTACHMENT A
### Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-A | (P) 9505 5104 1578 6041 7336 13 | Karla Marie Garcia Avenida ponce de Leon #3501 San Juan, P.R. 00925 | Alberto Cruz 2337 Olivet Ave. Unit 1 Leesburg FL. 347748 |



1

2

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-B | (P) 9505 5114 5152 6041 8159 83 | Jose Perez Velez Urb. La Quinta calle 12 N16 Yauco P.R. 00698 | Chelsea Lewis 1428 Picadilly St. APt #8 Norfolk , Va 23513 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-C | (P) 9505 5114 1764 6041 9965 15 | A Lopez<br>Calle acosta #49<br>Caguas PR 00725 | ISIS Lopez<br>60-16 61 Street<br>Apt. #  2L<br>Maspeth NY                11378 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-D | (P) 9505 5128 7253 6041 0935 91 | Jonatan Ortiz<br>Calle Imperial T14 parque<br>Cuestre Carolina P.R<br>00987 | Devin Hicks<br>166 Baker St<br>Apartment 2<br>Jamestown, NY 14701 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-E | (P) 9588 8710 9530 0111 1646 16 | Carmen Veléz Cruz<br>Urb. Colinas de Monte Carlo<br>Calle 39 # E-25<br>SJ. P.R. 00924 | Amanda Griffin<br>1410 Valley Dr<br>Syracuse Apt. 2<br>NY 13207 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-F | (P) 9588 8710 9530 0111 1646 30 | Carmen Veléz Cruz<br>Urb. Colinas de Monte Carlo<br>CAlle 39 # E-25<br>SJ. P.R. 00924 | Juan Cruz<br>127 Central Ave<br>Apt. 8<br>Long Prairie MN 56347 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 10-G | (E) 9570 1104 1491 6042 2547 02 | JOSE GONZALEZ<br>8 CALLE BETANCES<br>MANATI PR 00674<br>(787) 689-6887 | (203) 715-8687<br>GLORIA FELICIANO<br>325 MYRTLE AVE<br>BRIDGEPORT CT 06604-5478 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-H | (P) 9505 5111 1472 6038 1658 37 | Christopher Diaz<br>Urb. reparto metropolitano1228 Calle 54 Apt 13 San Juan PR 00921 | Derek T Murphy<br>60 Oak ST<br>Willimantic Ct 06226<br>apt 2b |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-I | (P) 9505 5105 5548 6042 3951 68 | Javier arroyo<br>Urb Brisas de Añasco<br>F12<br>Añasco P.R. 00610 | Nestor Osorio<br>6214 87th Ave<br>New carrollton, MD<br>20784 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 10-J | (P) 9505 5162 0943 6041 5182 86 | Marilin Morales<br>424 Calle Apenines<br>Puerto Nuevo PR 00920 | Carlos Ramos<br>11945 SW 213 ST<br>Miami FL 33177 |



**ATTACHMENT B**
**Particular Things to be Seized**

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.